**Johnathan S. WILLIAMS, Plaintiff–Appellant,**

v.

**D.L. RUNNELS; et al., Defendants–Appellees.**

**No. 08–15901.**

United States Court of Appeals, Ninth Circuit.

Submitted June 16, 2009.*

Filed July 06, 2009.

Johnathan S. Williams, Vacaville, CA, pro se.

Before: PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Johnathan S. Williams, a California state prisoner, appeals pro se from the district court's order disregarding his request to file a belated second amended complaint in his 42 U.S.C. § 1983 action. We have jurisdiction under 28 U.S.C. § 1291. We review for abuse of discretion, *In re Phenylpropanolamine (PPA) Products Liability Litigation*, 460 F.3d 1217, 1226 (9th Cir.2006), and we affirm.

The district court properly disregarded Williams's request to file a second amended complaint after the case was closed. *See id.* at 1227 ("It is incumbent upon us to preserve the district courts' power to manage their dockets without being subject to endless non-compliance with case management orders.").

Williams's remaining contentions are unpersuasive, and his request for injunctive relief is denied. His request for appointment of counsel is denied. *See Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir.1991) (requiring "exceptional circumstances" for the appointment of counsel). All pending motions are denied.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

